**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DON E. LEWIS**                                                                    **PETITIONER**

**VS.**                                    **5:17-CV-00208-BRW-JTR**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

<u>**ORDER**</u>

I have reviewed the Recommended Disposition submitted by United States Magistrate

Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and

adopt the Recommended Disposition in its entirety.

Accordingly, Petitioner Don E. Lewis's 28 U.S.C. § 2254 Petition for a Writ of Habeas

Corpus (Doc. No. 2) is DENIED with prejudice.

A Certificate of Appealability is DENIED, *see* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a),

Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 6th day of December, 2017.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE