UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON E. LEWIS                                                                           PETITIONER

VS.                              5:17-CV-00208-BRW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered today, this 28 U.S.C. § 2254 action is

DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 6th day of December, 2017.


                                                         /s/ Billy Roy Wilson _____
                                                         UNITED STATES DISTRICT JUDGE